1  Celeste A. Evangelisti (SBN 225232)
   **BARON & BUDD, P.C.**
2  3102 Oak Lawn Ave., Suite 1100
   Dallas, TX 72519
3  Telephone: 214/521-3605
             800/222-2766
4  Facsimile: 214/520-1181

5
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  SHIRLEY MAXINE SMART, et al.,        )  Case No. C10-03353
                                         )
12           Plaintiffs,                 )  **JOINT STIPULATION IN**
                                         )  **ACCORDANCE WITH CIVIL L.R. 6-2**
13  v.                                   )  **AND 7-12 REQUESTING**
                                         )  **ENLARGEMENT OF TIME TO FILE**
14  CARRIER CORPORATION,                 )  **ADR CERTIFICATION IN**
                                         )  **ACCORDANCE WITH CIVIL L.R. 16-8**
15           Defendant.                  )  **(b) AND ADR L.R. 3-5 (b);**
                                         )
16  _____  )  Complaint Filed: June 30, 2010
17                                       )

18           Plaintiff, Shirley Maxine Smart, Individually and as Successor-In-Interest to Lawrence

19  Smart, Deceased ("Plaintiff"), and Carrier Corporation ("Defendant) enter into this stipulation

20  in accordance with Civil L.R. 6-2 and 7-12 requesting enlargement of time to file ADR

21  Certification in accordance with Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b). This court's order

22  Setting Initial Case Management Conference provided a deadline of October 15, 2010 to meet

23  and confer regarding initial disclosures, early settlement, ADR Process selection, and discovery

24  plan. In addition, the order provided a deadline of October 15, 2010 to file the Notice of Need

25  for ADR Phone Conference and ADR Certification signed by Parties and Counsel. Counsel for

26
27  Plaintiff and Defendant have met and conferred in accordance with the Order Setting Initial

                                        -1-

28

1  Case Management Conference and ADR Deadlines. Plaintiff and Defendant are simultaneously

2  filing the Notice of Need for ADR Phone Conference with this stipulation. However, Plaintiff

3  and Defendant need additional time to obtain each parties signature on the ADR Certification

4  by Parties and Counsel form. Counsel for Plaintiff has attempted to contact Mrs. Smart on

5  numerous occasions to obtain the necessary signature on the ADR Certification by Parties and

6  Counsel form, but has been unsuccessful. Both Plaintiff and Defendant are working diligently

7  to obtain the necessary signatures in accordance with this court's request. Plaintiff and

8  Defendant respectfully request until Friday, October 29, 2010 to provide the signed ADR

9  Certification by Parties and Counsel form. This is the first request for time modification in this

10  case by either stipulation or court order. As this court is aware, the Initial Case Management

11  Conference is scheduled on November 5, 2010. Plaintiff and Defendant do not believe the

12  request for enlargement of time to provide the signed ADR Certification by Parties and Counsel

13  form will effect the current schedule for this case.

14       Plaintiff and Defendant respectfully request the court's approval to this Joint Stipulation

15  in Accordance with Civil L.R. 6-2 and 7-12 for Enlargement of Time to File ADR Certification

16  in Accordance with Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b).

17  Dated: October 15, 2010

18

19                                        BARON & BUDD, P.C.

20

21                                        By: _____

22                                               Celeste Evangelisti

23  Dated: October 15, 2010

24

25  Dated: 10/18/10                        TUCKER ELLIS & WEST LLP

26  IT IS SO ORDERED                       By: _____

27  Judge Joseph C. Spero                        Sara K. Beede

28

JOINT STIPULATION IN ACCORDANCE WITH CIVIL L.R. 6-2 AND 7-12 REQUESTING ENLARGEMENT
OF TIME TO FILE ADR CERTIFICATION IN ACCORDANCE WITH CIVIL L.R. 16-8(b)
AND ADR L.R. 3-5(b)